UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIPLOMATIC MAN, INC.,

Plaintiff,

-v-

NIKE, INC.,

Defendant.

Case No. 08 CIV. 0139

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE.

**Date:** January 7, 2008

Signature of Attorney

Attorney Bar Code: JPC-3673

Form Rule7_1.pdf SDNY Web 10/2007