UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

DIPLOMATIC MAN, INC.,                                    08 CIV. 0139 (GEL)
                                                         ECF Case
                              Plaintiff,

       -against-                                         AFFIDAVIT OF
                                                         SERVICE_____
NIKE, INC.,

                              Defendant.

--------------------------------------------------------X

STATE OF NEW YORK

COUNTY OF NEW YORK

       KATHY A. CRESSWELL being duly sworn deposes and says:

       1.  Deponent is not a party to this action, is over 18 years of age and resides at

Valley Stream, New York.

       2.  On January 8, 2008 at approximately 4:25 p.m. I caused copies of the summons

and complaint, Local Rule 7.1 Statement, ECF Instructions and Judges' Rules to be

personally served upon defendant Nike, Inc. at National Registered Agents, Inc., 875

Avenue of the Americas, Suite 501, New York, New York 10001, defendant's registered

agent for service of process.

       3.  A copy of the relevant entry from A to Z Courier's daily manifest is annexed

hereto and made a part hereof and shows receipt of these papers by Maria Garcia.

       4.  On January 10, 2008 I personally mailed copies of the summons and

paid wrapper properly addressed for delivery to Nike, Inc., c/o National Registered

Agents, Inc., 874 Avenue of the Americas, Suite 501, New York, New York 10001, by

first class mail in an envelope bearing the legend "PERSONAL & CONFIDENTIAL"

and not indicating on the outside thereof by return address or otherwise that the

communication is from an attorney or concerns an action against defendant.

KATHY A. CRESSWELL

Sworn to before me this
10th day of January, 2008.

Notary Public

Notary ........ New York
Qualified in .... County
Commission Expires March 27, 20 10

Contractor Name: _____    Date: 1-8

| PU Location | PU Time | Delivery Address | Del. Time | Remarks | Received in Good Condition |
|---|---|---|---|---|---|
| | | To: | | | SIGN |
| | | Address: | | | PRINT |
| | | See: | | | |
| | | To: Michea Uchitelu | | 8 NV | SIGN |
| | | Address: 66 8 51 | | | PRINT Candice Price |
| | | See: Round | | | |
| | | To: Natima Academy | | 8 NV | SIGN Mary Adams |
| | | Address: 39 Bway | | | PRINT Mary Adams |
| | | See: | | | |
| | | To: Puerto Rican Defense | | 8 NV | SIGN R. Rodriguez |
| | | Address: 99 Nassau | | | PRINT R. Rodriguez |
| | | See: | | | |
| | | To: | | | SIGN |
| | | Address: | | | PRINT |
| | | See: | | | |
| | | To: Nike Inc | | 8 NV | SIGN L. Garcia Garcia |
| | | Address: 875 6th #501 | | | PRINT |
| | | See: | | | |
| | | To: | | | SIGN |
| | | Address: | | | PRINT |
| | | See: | | | |
| | | To: Jason Ragos | | Nass | SIGN |
| | | Address: 15 Park #201 | | | PRINT |
| | | See: | | | |

PLEASE RETURN TO: Copyqet, 135 Ringold Street, New York, NY 10002 OR CALL (212) 253-922?

Attn: Kelley