Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York, NY 10105-0106
Tel: (212) 548-7004
Fax: (212) 715 2319
*Attorneys for Defendant*
*Nike, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
DIPLOMATIC MAN, INC.,              :   Docket No. 08 Civ.0139
                                   :
                    Plaintiff,     :
                                   :
        - against -                :   **NOTICE OF APPEARANCE**
                                   :
NIKE, INC.,                        :
                                   :
                    Defendant.     :
                                   :
------------------------------------x

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel for Defendant Nike, Inc., in the above-captioned action. I certify that I have been admitted to practice in this Court.

Dated: New York, New York
       January 28, 2008

Respectfully submitted,

*/s/ Marshall Beil*
Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
(212) 548-7004
mbeil@mcguirewoods.com
*Attorneys for Defendant*
*Nike, Inc.*

\5008195.1