Jan 28 08 08:36a    Cinque & Cinque    212-759-7737    P.2

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DIPLOMATIC MAN, INC.,                    :    Docket No. 08  Civ 0139 (GEL)
                                         :
                            Plaintiff,   :
                                         :
              - against -                :    **STIPULATION AND ORDER**
                                         :
NIKE, INC.,                              :
                                         :
                            Defendant.   :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS HEREBY STIPULATED AND AGREED that defendant's time to answer or

move with respect to the complaint is adjourned from February 4, 2008 to and including March

3, 2008.

Dated: New York, New York
       January 28, 2008


_____              _____
James P. Cinque (JPC-3673)             Marshall Beil (MB-0992)
CINQUE & CINQUE, P.C                   McGUIREWOODS LLP
845 Third Avenue, Suite 1400           1345 Avenue of the Americas, 7th floor
New York, NY 10022                     New York, NY 101095
(212) 759-5515                         (212) 548-7004
CINQUE845@aol.com                      mbeil@mcguirewoods.com
*Attorney for Plaintiff*               *Attorney for Defendant*


SO ORDERED:
Dated: New York, N.Y.
       January 4, 2008


_____
              U.S.D.J


\S020688.1