UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIPLOMATIC MAN, INC.,

                Plaintiff,

- against -

NIKE, INC.

                Defendant.

08 Civ 0139 (GEL)

**MOTION TO ADMIT COUNSEL PRO HAC VICE**

PURSUANT TO RULE 1.3(c) of the Local rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Marshall Beil, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of

    Applicant's Name:    B. Trent Webb

    Firm Name: SHOOK, HARDY & BACON L.L.P

    Address: 2555 Grand Boulevard

    City/State/Zip:  Kansas City, MO 64108

    Phone Number: 816-559-2320

    Fax Number: 816.421.5547

    Email: BWEBB@shb.com

B. Trent Webb is a member in good standing of the Bar of the State of Kansas.

There are no pending disciplinary proceeding against B. Trent Webb in any State or Federal court.

Dated: February 14, 2008
       New York, New York

Respectfully submitted,

_____
Marshall Beil, Esq. (MB-0992)
McGuireWoods LLP
1345 Avenue of the Americas (7th Floor)
New York, NY 10105
Phone #: (212) 548-2004
Fax #: (212) 715-2319

\5029295.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIPLOMATIC MAN, INC.,

           Plaintiff,

- against -

NIKE, INC.,

           Defendant.

08 Civ 0139 (GEL)

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Marshall Beil, attorney for Defendant Nike, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    B. Trent Webb

    Firm Name: SHOOK, HARDY & BACON L.L.P

    Address: 2555 Grand Boulevard

    City/State/Zip:   Kansas City, MO 64108

    Phone Number: 816-559-2320

    Fax Number: 816.421.5547

    Email: BWEBB@shb.com

is admitted to practice pro hac vice as counsel for Defendant Nike, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: February   , 2008
       New York, New York

                                      United States District/Magistrate Judge

\5030485.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIPLOMATIC MAN, INC., | 08 Civ 0139 (GEL) |
| Plaintiff, | AFFIDAVIT OF MARSHALL BEIL IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE |
| - against - | |
| NIKE, INC. | |
| Defendant. | |

STATE OF NEW YORK   )
                    ) ss:
COUNTY OF NEW YORK  )

**Marshall Beil**, being duly sworn, says:

1. I am a member of McGuireWoods LLP, counsel for Defendant in the above captioned action. I am familiar with the proceedings in this case. I make this affidavit based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit B. Trent Webb as counsel pro hac vice to represent Defendant in this matter.

2. I am a member in good standing of the bar of the State of New York, and was admitted to practice law in February 1972. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known B. Trent Webb since being introduced to him in connection with this case in January 2008.

4. Mr. Webb is a partner e in the law firm of Shook, Hardy & Bacon of Kansas City, MO, and is admitted to the bars of the State of Missouri and the Western District of Missouri.

5. I have found Mr. Webb to be skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission Mr. Webb, pro hac vice.

7. I respectfully submit a proposed order granting the admission of B. Trent Webb, pro hac vice, which is attached hereto as Exhibit A.

\5029315.1

WHEREFORE I respectfully request that the motion to admit B. Trent Webb, pro hac vice, to represent Defendant in the above captioned matter, be granted.

Dated: February 14, 2008
       New York, New York

                                            Marshall Beil

Sworn to before me
this 14th day of February 2008

ALLISON CHARNEY
Notary Public, State of New York
No. 02CH6169569
Qualified in New York County
Commission Expires June, 25, 2011

\5029315.1

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Carol G. Green**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on April 23, 1993,

BASIL TRENT WEBB

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 6TH day of February, 2008.

*Carol G. Green*
*Clerk of the Supreme Court of Kansas*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diplomatic Man, Inc.

*(In the space above enter the full names(s) of the plaintiff(s)/petitioner(s).)*

-against-

Nike, Inc.,

*(In the space above enter the full names(s) of the defendants(s)/respondent(s).)*

08 Civ. 0139 (GEL) (___)

**Affirmation of Service**
**B. Trent Webb**

I, Mark Hinds, **declare under penalty of perjury** that I have

Served a copy of the attached  Motion to Admit Counsel
*(document you are serving)*
Pro Hac Vice

Upon  Cinque & Cinque, P.C.  whose address is  845 Third Avenue, Suite 1400 New York, NY 10022
*(where you served document)*

by  (Overnight Express)  Federal Express
*(how you served document: For example – personal delivery, mail, overnight express, etc.)*

Dated: New York , NY
*(town/city)   (state)*
February 19, 2008

Sworn to before me this
19th day of February, 2008

Eileen Chin
**EILEEN CHIN**
**Notary Public, State of New York**
**No. 01CH6075750**
**Qualified in New York County**
**Commission Expires June 10, 2010**

*Signature*

900 Co-Op City Blvd., Apt 9H
*Address*

Bronx, New York
*City/State*
10475
*(Zip Code)*
(212) 548-7070
*(Telephone Number)*

(B. Trent Webb)