UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIPLOMATIC MAN, INC.,

            Plaintiff,

  - against -

NIKE, INC.,

            Defendant.

08 Civ 0139 (GEL)

ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION

Upon the motion of Marshall Beil, attorney for Defendant Nike, Inc., and said sponsor attorney's affidavit in support;

    Applicant's Name:   Adam P. Seitz

    Firm Name: SHOOK, HARDY & BACON L.L.P

    Address: 2555 Grand Boulevard

    City/State/Zip:  Kansas City, MO 64108

    Phone Number: 816.559.2256

    Fax Number: 816.421.5547

    Email: ASEITZ@shb.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08

is admitted to practice pro hac vice as counsel for Defendant Nike, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: February 27, 2008
       New York, New York

                                _____
                                United States District/Magistrate Judge

\5030485.1