Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
212 548 7004
mbeil@mcguirewoods.com

B. Trent Webb (admitted *pro hac vice*)
Adam P. Seitz (admitted *pro hac vice*)
SHOOK, HARDY & BACON LLP
2555 Grand Blvd.
Kansas City, Missouri 64108-2613
816-474-6550

*Attorneys for Nike, Inc.*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

| | | |
|---|---|---|
| DIPLOMATIC MAN, INC., | : | |
| Plaintiff, | :: | |
| | : | Civil Action No. 08 Civ 0139 (GEL) |
| vs. | | |
| | :: | |
| NIKE, INC., | : | **DEFENDANT'S RULE 7.1 STATEMENT** |
| Defendant. | :: | |

------------------------------------ x

    Pursuant to Federal Rule of Civil Procedure 7.1, defendant Nike, Inc. certifies that it is a publicly held company, that it has no parent company and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
   March 19, 2008

                Respectfully submitted,

                s/_____
                Marshall Beil (MB-0992)
                McGUIREWOODS LLP
                1345 Avenue of the Americas (7th Floor)
                New York, NY 10105
                T: 212/548-7004
                F: 212/715-2319
                *Attorneys for Defendant Nike, Inc.*