Marshall Beil (MB-0992)
McGUIREWOODS LLP
1345 Avenue of the Americas
New York, NY 10105
212 548 7004
mbeil@mcguirewoods.com
*Attorneys for Nike, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| DIPLOMATIC MAN, INC., | : |
| Plaintiff, | :: |
|  | : Civil Action No. 08 Civ 0139 (GEL) |
| vs. |  |
|  | :: |
| NIKE, INC., | : |
| Defendant, Counter-Claimaint and Third-Party Plaintiff, | :: **CERTIFICATE OF SERVICE** : |
|  | :: |
| vs. | : |
| LaRON JAMES a/k/a JUELZ SANTANA and SANTANA'S WORLD, | :: : |
| Third-Party Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      I certify that on this day, March 3, 2008, I electronically filed Defendant Nike, Inc.'s **Rule 7.1 Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

James P. Cinque, Esq.
Cinque & Cinque, P.C.
845 Third Avenue, Suite 1400
New York, NY 10022
Cinque845@aol.com
*Attorneys for Plaintiff and Counter-claim Defendant*

                                                 /s/  Marshall Beil (MB-0992)
                                                 A Member of the Bar of this Court

\5138390.1