UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIPLOMATIC MAN, INC.,

                Plaintiff,

- against -

NIKE, INC.,

                Defendant.

**08 Civ 0139 (GEL)**

**ORDER FOR ADMISSION
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Marshall Beil, attorney for Defendant Nike, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that:

    Applicant's Name:    B. Trent Webb
    Firm Name: SHOOK, HARDY & BACON L.L.P
    Address: 2555 Grand Boulevard
    City/State/Zip:    Kansas City, MO 64108
    Phone Number: 816-559-2320
    Fax Number: 816.421.5547
    Email: BWEBB@shb.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/6/08

is admitted to practice pro hac vice as counsel for Defendant Nike, Inc., in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court

Dated: March 6, 2008
       New York, New York

                                          _____
                                          United States District/Magistrate Judge

\5030485.1