# AFFIDAVIT OF SERVICE

April 8, 2008

SHERIFFS NUMBER  Law 230331          DEFENDANT 1 OF 1          BERGEN COUNTY SHERIFF DEPT
TYPE OF SERVICE                                                MARTHA

I, LEO P. MCGUIRE, SHERIFF OF BERGEN COUNTY, DO HEREBY DEPUTIZE  S/O Paul Shaughnessy
AND APPOINT TO BE MY DEPUTY, TO EXECUTE AND RETURN THE WRIT ACCORDING TO LAW.

**ATTORNEY**                          CHECK #           AMOUNT
PINNACLE INVESTIONS INC.              15538             $ 32.96
P. BOX 105
RED BANK, NJ 07701                    CONTROL # 117626-1

## COURT DATA

COURT   US DISTRICT
DOCKET  08CV0139                STATE NY          COUNTY OF VENUE   SOUTHERN

### CAPTION OF CASE

DIPLOMATIC MAN INC
VS
NIKE INC

### NAMED WITHIN TO BE SERVICE

NAME             **LA RON JAMES AKA JUELZ SANTANA**
ADDRESS          **11 MILLAY COURT UNIT M**
CITY, STATE, ZIP **TEANECK, NJ 07666**

### PAPERS SERVED
3RD PARTY SUMMONS, JURY DEMAND, 3RD PARTY COMPLAINT, ANSWER TO COMPLAINT AND COUNTERCLAIMS

### SERVICE DATA RECORDED

[X] SERVED   [ ] UNABLE TO SERVE   (1) _____   DATE [4]/[15]/[08]
ATTEMPTS _____                   (2) _____   TIME [11]:[48:hrs]

**REMARKS:** _____

**PERSON SERVED:** LaRon James

[X] COPY PERSONALLY DELIVERED                 [ ] MANAGING or GENERAL AGENT, PARTNER
[ ] COPY LEFT WITH:                           [ ] REGISTERED AGENT
    COMPETENT HOUSEHOLD MEMBER OVER           [ ] AGENT AUTHORIZED TO ACCEPT
    14 YRS OF AGE RESIDING THEREIN            [ ] DIRECTOR, TRUSTEE
[ ] OFFICER

          [ ] IS IN THE MILITARY    [X] NOT IN THE MILITARY
SEX:      [X] MALE      [ ] FEMALE
SKIN:     [ ] WHITE     [X] BLACK     [ ] YELLOW     [ ] BROWN    [ ] RED
HEIGHT:   [ ] UNDER 5 FEET     [ ] 5.0-5.6 FT    [X] 5.7-6.0 FT    [ ] OVER 6 FT
WEIGHT:   [ ] UNDER 100 LBS    [X] 100-150 LBS.   [ ] 151-200 LBS  [ ] OVER 200 LBS
HAIR:     [X] BLACK     [ ] BROWN    [ ] BLOND    [ ] GRAY   [ ] RED   [ ] WHITE   [ ] BALDING
AGE:      [ ] 14-20     [X] 21-35    [ ] 36-50    [ ] 51-65  [ ] OVER 65

SWORN AND SUBSCRIBED TO BEFORE ME
THIS ___ DAY OF ___ 20__                        S/O _____  #163
                                                DEPUTY SHERIFF OF BERGEN COUNTY
                                                STATE OF NEW JERSEY

KIMBERLY D. PROVENZANO
COMMISSION EXPIRES
7-13-09